No. 04–10225. MARSHALL v. MAZE ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–10226. LAWRENCE v. O'NEIL BUICK, INC. C. A. 3d Cir. Certiorari denied.

No. 04–10231. C. D. v. MCKEAN COUNTY CHILDREN AND YOUTH SERVICES. Super. Ct. Pa. Certiorari denied.

No. 04–10232. GLOVER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–10234. MAXWELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10236. JACKSON v. CONCEALED AND REFUSED TO BE CONCEDED FACTS ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–10239. REXELLE v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 04–10240. SNOW v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–10241. PARSON v. WILMER HUTCHINS INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No. 04–10244. TURNER v. ULIBARRI, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–10246. HARRISON v. GREEN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–10247. HULTZ v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–10250. HALE v. MATHIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–10254. WHITE v. ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Colo. Certiorari denied.